## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | ) NO. CV10-2361-PHX-JAT (ECV) |
| | ) CR03-0061-PHX-HDM |
| Plaintiff/Respondent, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| Robert Wilson Stewart, | ) |
| | ) |
| Defendant/Movant. | ) |

    This action came on for consideration before the Court, and the issues having been duly considered and a decision having been duly rendered,

    IT IS ORDERED AND ADJUDGED that pursuant to the order entered August 23, 2011, defendant's motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct a sentence is denied and the civil action opened in connection with this motion is dismissed.

    DATED at Phoenix, Arizona, this 23rd day of August, 2011.


                                            RICHARD H. WEARE
                                            District Court Executive/Clerk


                                            s/Elaine Leon
                                            By: Deputy Clerk